```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Niquan Wallace,

                    Plaintiff,

-against-

Crab House, Inc. et al.,

                    Defendants.

1:21-cv-05757 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       The Court has not received Defendants' *ex parte* pre-settlement conference submission, as required by the Court's Settlement Conference Procedures and the Court's March 14, 2022 Order. (*See* 3/14/2022 Order, ECF No. 37 (directing parties to comply with Court's Settlement Conference Procedures).)

       It is hereby Ordered that Defendants shall email their submission to the Court no later than 5:00 p.m. today. Failure to do so may result in the imposition of sanctions.

**SO ORDERED.**

Dated:     New York, New York
            May 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge