**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NIQUAN WALLACE,

                Plaintiff,

    -against-                                          21 **CIVIL** 5757 (LJL)

                                                                **<u>JUDGMENT</u>**

CRAB HOUSE, INC. et al.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2023, Defendants' motion to dismiss is GRANTED with prejudice with the exception of the New York State and New York City claims which are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       March 14, 2023

                                                                   **RUBY J. KRAJICK**

                                                                _____
                                                                     **Clerk of Court**

                                          **BY:**     *K. Mango*

                                                                     **Deputy Clerk**